UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

COCKFIELD         :
v.                : NO. 3:00cv564 (JBA)
UTC               :

FILED
Oct 29  9 15 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

ENDORSEMENT ORDER [DOC. #105]

Defendant's Motion to Modify Scheduling Order [doc. #15] is GRANTED, absent objection and for good cause shown:

1. The parties' Joint Trial Memorandum will be filed 11/14/03.

2. A pre-trial conference will be held 12/10/03 at 2:30 p.m., Chambers Room 118.

3. This matter will be trial ready January 2004.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: October 28, 2003