FILED
Oct 24 9 53 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROLAND COCKFIELD, Plaintiff, : CIVIL ACTION NO. 3:00CV564 (JBA)

VS.

UNITED TECHNOLOGIES CORP., PRATT & WHITNEY DIVISION, Defendant. : OCTOBER 23, 2003

**DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER**

The Defendant, United Technologies Corporation ("UTC") respectfully requests a modification of the court's scheduling order. Specifically, for good cause and the reasons discussed below, UTC requests that the deadline for filing a pretrial memorandum be extended 12 days to November 15, 2003, and that a trial date be postponed approximately one month (until after January 7, 2004). Defendant's Counsel has spoken with Plaintiff's Counsel, Charles Parks, Jr., who has indicated that he has no objection to such modifications to the scheduling order.

As this court is aware, the Court issued its decision denying Defendant's Motion for Summary Judgment on October 7, 2003. Since that time, a settlement conference has been scheduled with Magistrate Judge Margolis for October 27, 2003. Moreover, during the last two weeks, counsel for the parties have conferred several times and the Plaintiff's counsel also agreed to supplement his discovery responses. In addition, counsel have also discussed the benefits about engaging in settlement discussions without the significant cost of preparing a pretrial

memorandum. Because of the upcoming settlement conference and because of the need to receive supplemental discovery responses, the Defendant requests a small modification of the court's scheduling order.

As for the trial date, UTC requests a one-month postponement due to the expected birth of its counsel's (Daniel A. Schwartz) second child. Presently, Attorney Schwartz's wife is expected to give birth on November 19, 2003 and thus, he is expected to be out of the office for a minimum of two weeks. The time may be significantly longer because of the particular medical circumstances of the pregnancy that counsel would be willing to discuss with the court further if necessary. In addition, as noted above, UTC is still awaiting supplemental discovery responses by the Plaintiff and may need the additional time to conduct brief and limited discovery on those supplemental responses. For these reasons, UTC requests that a trial date be postponed by one month and scheduled for no earlier than January 7, 2004.

For all of the foregoing reasons, UTC requests that this court modify the scheduling order to change the deadline to filing a pretrial memorandum until November 15, 2003. In addition, UTC requests that a trial be scheduled for no earlier than January 7, 2003.

DEFENDANT,
UNITED TECHNOLOGIES CORP.,
PRATT & WHITNEY DIVISION

By ______________________

Albert Zakarian (ct#04201)
Daniel A. Schwartz (ct#15823)
Day, Berry & Howard
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
fax: (860) 275-0343
E-Mail: daschwartz@dbh.com
Its Attorneys

**CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was sent via electronic mail and mailed this date, via first class mail, postage prepaid to: Charles G. Parks, Jr., Esq., Parks & Associates, 160 Forest Street, Stamford, Connecticut 06901.

______________________
Daniel A. Schwartz