UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Rescheduled Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

October 29, 2003

9:30 A.M.

*Held 9:45 - 11:50 - 2 hr. 5 min.*

CASE NO. **3:00CV564** (JBA)  **Cockfield v. UTC**

| | |
|---|---|
| Meredith G. Diette<br>Brown Jacobson<br>22 Courthouse Square<br>P.O. Box 391<br>Norwich, CT 06360<br>860-889-3321 | United Technologies Corp, Pratt &<br>Whitney Division |
| Kurosh L. Marjani<br>Wofsey, Rosen, Kweskin<br>& Kuriansky<br>600 Summer St.<br>Stamford, CT 06901<br>203-327-2300 | UTC, Pratt & Whitney Division |
| ✓ Charles G. Parks, Jr.<br>Parks & Associates<br>800 Summer Street<br>Suite 509<br>Stamford, CT 06901<br>203-359-3860 | Roland Cockfield |
| Daniel Adam Schwartz<br>✓ Albert Zakarian<br>Day, Berry & Howard<br>Cityplace<br>Hartford, CT 06103-3499<br>860-275-0100 | UTC, Pratt & Whitney Division |

✓ *Mr. O'Hara (UTC)*
✓ *Mr. Cockfield*

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK