UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROLAND COCKFIELD, | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | |
| VS. | : | |
| | : | 3:00 CV 564 (JBA) |
| UNITED TECHNOLOGIES CORP., | : | |
| PRATT & WHITNEY DIVISION | : | |
| | : | |
| Defendant. | : | DECEMBER 3, 2003 |

### DEFENDANT'S MOTION IN LIMINE TO
### EXCLUDE TESTIMONY BY SHEILA WIKNIK

The defendant, Pratt & Whitney, a division of United Technologies Corporation, ("Pratt"), respectfully moves this Court to exclude any and all testimony and evidence from Plaintiff's proposed witness Sheila Wiknik. The Plaintiff has indicated that Ms. Wiknik will testify as to Edith Wiknik's medical condition. Such testimony should be excluded on the basis that it is not relevant to these proceedings and has no bearing whatsoever on Pratt's state of mind, the ultimate issue to be tried in this matter. In addition, Pratt seeks to exclude such testimony as it is cumulative and will result in a waste of the court's time and resources. See Fed. R. Evid. 402, 403.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**



Accordingly, Pratt seeks a ruling prior to trial excluding any and all testimony or evidence by Sheila Wiknik regarding Edith Wiknik's medical condition. In support of this Motion, Pratt respectfully submits the accompanying memorandum of law.

DEFENDANT, UNITED TECHNOLOGIES
CORP., PRATT & WHITNEY DIVISION

By _____
Albert Zakarian (ct04201)
Daniel A. Schwartz (ct 15823)
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100
(860) 273-0343 (fax)
daschwartz@dbh.com
Its Attorneys

-2-

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing Motion In Limine to exclude testimony by Sheila Wiknik was sent via first-class mail, postage prepaid, on this date to:

Charles G. Parks, Jr., Esq.
Parks & Associates
160 Forest Street
Stamford, CT 06901

Daniel A. Schwartz

-3-