**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ROLAND COCKFIELD, | : CIVIL ACTION NO. |
| Plaintiff, | : |
| VS. | : |
| | : 3:00 CV 564 (JBA) |
| UNITED TECHNOLOGIES CORP., | : |
| PRATT & WHITNEY DIVISION | : |
| Defendant. | : DECEMBER 3, 2003 |

**DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EDITH WIKNIK'S**
**PURPORTED WRITTEN STATEMENT DATED MAY 12, 1992**

The defendant, Pratt & Whitney, a division of United Technologies Corporation, ("Pratt"), respectfully moves this Court to exclude any and all testimony and evidence relative to a written statement purportedly made by Edith Wiknik on May 12, 1992. The Plaintiff has indicated that he plans to offer such evidence at trial by listing it as Exhibit 7 on his exhibit list. Such evidence should be excluded because it is hearsay and is not relevant to these proceedings and has no bearing whatsoever on Pratt's state of mind, the ultimate issue to be tried in this matter. See Fed. R. Evid. 402, 802.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**



Accordingly, Pratt seeks a ruling prior to trial excluding any and all testimony or evidence regarding a written statement purportedly made by Edith Wiknik's on May 12, 1992. In support of this Motion, Pratt respectfully submits the accompanying memorandum of law.

DEFENDANT, UNITED TECHNOLOGIES
CORP., PRATT & WHITNEY DIVISION

By _____
Albert Zakarian (ct04201)
Daniel A. Schwartz (ct 15823)
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100
(860) 273-0343 (fax)
daschwartz@dbh.com
Its Attorneys

## CERTIFICATE OF SERVICE

     THIS IS TO CERTIFY that a copy of the foregoing Motion In Limine to exclude evidence and testimony regarding a written statement purportedly made by Edith Wiknik on May 12, 1992 was sent via first-class mail, postage prepaid, on this date to:

Charles G. Parks, Jr., Esq.
Parks & Associates
160 Forest Street
Stamford, CT 06901

                                              _____
                                              Daniel A. Schwartz