UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Roland Cockfield                         :
                                         :
v.                                       :    No. 3:00cv564(JBA)
                                         :
United Technologies Corp.,               :
Pratt & Whitney Division                 :

FILED
DEC 11  2 45 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

<u>Order on Plaintiff's Motion in Limine [Doc. #108] and Defendant's
Motions in Limine [Docs. ## 109, 112]</u>

As set forth in the record of the Pre-Trial Conference held on December 10, 2003:

1. Plaintiff's Motion in Limine [Doc. #108] and Defendant's Motion in Limine to Exclude Testimony by Sheila Wiknik [Doc. #109] are DENIED.

2. Defendant's Motion in Limine to Exclude Edith Wiknik's Written Statement [Doc. #112] is GRANTED as to plaintiff's case-in-chief only.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: December 10th 2003.

1