TOTAL TIME: 5 hours 30 minutes    DEPUTY CLERK _Soll_    HONORABLE _Arterton_    RPTR/ERO/TAPE _mmtz_    T/cvtrial (October 17, 2001)

DATE 1/20/04    START TIME 830    END TIME 300  230

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

Cockfield
vs.
UTC

CIVIL NO. 300cv564JBA

§
§
§  ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§
§

_Parks_
Plaintiffs Counsel

_Zakarian_
Defendants Counsel

## CIVIL JURY/COURT TRIAL

☐ Jury of ____ report (see attached) ☐ Jury sworn
☐ (jytrl./h) Jury Trial held ☐ (jytrl./set) Jury Trial continued until ____ at ____
☒ ctrlconc (ctrl./h) Court Trial held ☒ (ctrl./set) Court Trial continued until 1/21/4 at 830AM
☐ Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)