ct/cvtrial (October 17, 2001)

TOTAL TIME: 5 hours 30 minutes    HONORABLE _____    
DEPUTY CLERK _sc_    RPTR/ERO/TAPE _____

DATE 1/21/4    START TIME 830    END TIME 200
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Cockfield

vs.

UTC

CIVIL NO. 300cv564

Parks
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Zakarian
Defendants Counsel

## CIVIL JURY/COURT TRIAL

Jury of ____ report (see attached) ☐ Jury sworn
☐ (jytrl./h) Jury Trial held   ☐ (jytrl./set) Jury Trial continued until _____ at _____
☒ (ctrl./h) Court Trial held   ☒ (ctrl./set) Court Trial continued until 1/22/4 at 830 AM
☐ Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion Rule 52C By UTC    ☐ granted ☐ denied ☒ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ filed ☐ docketed (repeated)

☒ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)