# United States District Court

DISTRICT OF **DFT**

**Cockfield v. UTC**

EXHIBIT AND WITNESS LIST

CASE NUMBER: **3:00cv564 JBA**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| JBA | Parks | Zakarian |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/20/4 | Montini | BT |

| PLF. NO. | DEF. NO. | WITNESS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ |  | B | ✓ | ✓ | Anonymous letter |
| ✓ |  | A |  | ✓ | P/W Plant Protection Manual |
| ✓ |  | G 1-2 |  | ✓ | Statement of Edith Wiknik 6/26/91 |
| ✓ |  | F 1-2 |  | ✓ | " " of R. Cockfield 6/27/91 |
| ✓ |  | E 1-2 |  | ✓ | " " " Wm Schiffert 6/27/91 |
| ✓ |  | H | ✓ | ✓ | Cockfield Pink Slip 7/1/91 |
|  | ✓ | EE | ✓ |  | P/W Middletown Facility Map (chart) |
| ✓ |  | I |  | ✓ | Termination letter 7/22/91 |
| ✓ |  | X |  | ✓ | P/W Policy Guide Gen Rules of Conduct |
| ✓ |  | W |  | ✓ | P/W Policy Guide on Discipline 1/9/76 |
|  |  | 1/21/4 |  |  |  |
| ✓ |  | D |  | ✓ | Internal Sec. Rpt 7/1/91 |
| ✓ |  | BB |  | ✓ | Sec. Rpt. employee theft 10/25/90 |
| ✓ |  | CC |  | ✓ | Statement of Bernard Cramer |
|  |  | 1/22/4 |  |  |  |
| ✓ | ✓ | Joint 1 |  |  | Stipulation Re: Uncontroverted Facts |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    Pages