# United States District Court

DISTRICT OF _____

Cockfield v. UTC

EXHIBIT AND WITNESS LIST — ptf.

CASE NUMBER: 300cv564JBA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Arterten | Parks | Zakarian |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/20/4 | SM | BT |

| PLF NO. | DEF NO. | WITNESS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 6 | ✓ | | Summary of Damages |
| ✓ | | 5 (1-13) | | 1/21/04 Full | W-2 Statements from 1990 to date |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages