AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _____

Cockfield v. UTC

**EXHIBIT AND WITNESS LIST**

FILED JAN 22 11 53 AM '04

CASE NUMBER: 3:00CV564JBA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Arterton | Parks | Zakarin |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/20/4 | Montini | Torday |

| PLF NO. | DEF NO. | WITNESS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 1/20/4 | | | Fred Jones, Middletown, Ct |
| ✓ | | } | | | Robert Malcom, Middlefield, Ct |
| ✓ | | | | | Robert Graves Jr, Deep River, Ct |
| ✓ | | 1/21/4 | | | Roland Cockfield, Meriden, Ct |
| | | " | | | Billy Mitchell, Middletown, Ct |
| | ✓ | 1 | | | Robert Begley, Windsor, Ct |
| | | 1/22/4 | | | Cont. Begley |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List