*cvtrjal (October 17, 2001)*

HONORABLE _Arterton_
DEPUTY CLERK _Silt_    (RPTR)ERO/TAPE _Monten_

TOTAL TIME: ____ hours ____ minutes

DATE _1/22/4_    START TIME _830_    END TIME _1030_
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Crutchfield_

CIVIL NO. _300cv564_

_Park_
Plaintiffs Counsel

vs.

☐ SEE ATTACHED CALENDAR FOR COUNSEL

_UTC_

_Zakarain_
Defendants Counsel

## CIVIL JURY/COURT TRIAL

☐ Jury of ____ report (see attached) ☐ Jury sworn
☐ (jytrl./h) Jury Trial held  ☐ (jytrl./set) Jury Trial continued until _____ at _____
☒ (ctrl./h) Court Trial held  ☐ (ctrl./set) Court Trial continued until _____ at _____
☒ ctrlconc · Court Trial concluded ☒ DECISION RESERVED ☐ SEE reverse for verdict

☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed

☒ ☐ Plaintiff(s) rests ☒ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☒ ☒ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)