UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

SEP 30

ROLAND COCKFIELD,
Plaintiff,

v.

Docket No. 3:00cv564(JBA)

UNITED TECHNOLOGIES CORP.,
PRATT & WHITNEY DIVISION,
Defendant.

## JUDGMENT

This matter came on for a bench trial held January 20, 21 and 22, 2004 before the undersigned, and

On September 30, 2004, after review of the evidence, the Court issued its Memorandum of Opinion and Order that judgment enter in favor of defendant United Technologies Corporation, Pratt & Whitney Division,

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment enter in favor of the defendant and against the plaintiff.

Dated at New Haven, Connecticut this 30th day of September, 2004.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.