UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF CLERK
UNITED STATES COURTHOUSE
NEW HAVEN, CT   06510
203-773-2140

FILED

2004 DEC 14  A 10: 41

U.S. DISTRICT COURT
NEW HAVEN, CT

December 8, 2004

DEAR COUNSELOR:

    Case Number:   3:00cv564 JBA
                            Cockfield v UTC

    Inasmuch as the above-entitled case has been disposed of in this court, please make arrangements to pick up your exhibits within the next 30 days or they will be destroyed.

    Please call Betty Torday at 203-773-2706 to arrange a pick up day and time.

    Thank you for your cooperation in this matter.

Very truly yours,
Kevin F. Rowe, Clerk

Betty J. Torday
Deputy Clerk

SIGN: _____

DATE: _____12/14/04_____